## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

CARLTON D. JOHNSON,      )
      )
    **Plaintiff,**    )
      )
v.      ) CIVIL ACTION NO. 25-446-KD-MU
      )
HUNTINGTON INGALLS    )
INDUSTIRES, INC.,    )
      )
    **Defendant.**    )

## ORDER

This action is before the Court on the Magistrate Judge's Report and Recommendation that this action be transferred to the Southern District of Mississippi and that Defendant's Motion to Dismiss remain pending for decision by the transferee Court.[1]

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and Plaintiff Carlton D. Johnson having stated that he "does not oppose such transfer" and "that the Motion to Dismiss should be addressed, if necessary by the transferee court" (doc. 16, p. 2), the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  Accordingly, this action is **TRANSFERRED** to the Southern District of Mississippi.

**DONE** this 8th day of May 2026.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] Footnote two in the Report and Recommendation is corrected as follows: "Because the undersigned recommends this case be transferred, it also RECOMMENDS that the motion to dismiss be left pending for a decision by the transferee court." (doc. 15, p. 1, n. 2).